```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Safelite Fulfillment, Inc., et al<br><br>　　　　Defendants | Case No. **2:10-cv-00955-MCE-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JUNE 29, 2010 FOR DEFENDANTS SAFELITE FULFILLMENT, INC. INDIVIDUALLY AND D/B/A SAFELITE AUTO GLASS #222/1843; BRENT JOHNSON INDIVIDUALLY AND D/B/A SAFELITE AUTO GLASS #222/1843 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Safelite Fulfillment, Inc. Individually and d/b/a Safelite Auto Glass #222/1843; Brent Johnson Individually and d/b/a Safelite Auto Glass #222/1843, by and through their respective attorneys of record, Scott N. Johnson; Brian M. DiMasi, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.
2. Defendants Safelite Fulfillment, Inc. Individually and d/b/a Safelite Auto Glass #222/1843; Brent Johnson Individually and d/b/a Safelite Auto Glass #222/1843 are granted an extension until June 29, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Safelite Fulfillment, Inc. Individually and d/b/a Safelite Auto Glass #222/1843; Brent Johnson Individually and d/b/a Safelite Auto Glass #222/1843 response will be due no later than June 29, 2010.

IT IS SO STIPULATED effective as of June 4, 2010

Dated: June 7, 2010                    _____/s/_____

                                        Brian M. DiMasi,
                                        Attorney for Defendants
                                        Safelite Fulfillment,
                                        Inc. Individually and
                                        d/b/a Safelite Auto

PDF created with pdfFactory trial version www.pdffactory.com

|     |                                          |
| --- | ---------------------------------------- |
| 1   | Glass #222/1843; Brent                   |
| 2   | Johnson Individually and                 |
| 3   | d/b/a Safelite Auto                      |
| 4   | Glass #222/1843                          |

Dated:  June 4, 2010                 /s/Scott N. Johnson _____

                                     Scott N. Johnson,

                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Safelite Fulfillment, Inc. Individually and d/b/a Safelite Auto Glass #222/1843; Brent Johnson Individually and d/b/a Safelite Auto Glass #222/1843 shall have until June 29, 2010 to respond to complaint.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com